UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gordon Stevens, individually and as the representative of a class of similarly situated persons, and on behalf of the SEI Capital Accumulation Plan,<br><br>Plaintiff,<br>v.<br><br>SEI Investments Company, SEI Investments Management Corporation, SEI Capital Accumulation Plan Design Committee, SEI Capital Accumulation Plan Investment Committee, SEI Capital Accumulation Plan Administration Committee, and John Does 1-30,<br><br>Defendants. | Case No. 2:18-cv-04205-NIQA |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Gordon Stevens respectfully moves this Court for an Order: (1) preliminary approving the parties' Class Action Settlement Agreement; (2) approving the proposed Settlement Notices and authorizing distribution of the Notices by Analytics Consulting LLC; (3) certifying the proposed Settlement Class; (4) approving Analytics Consulting LLC as the Settlement Administrator; (5) designating Plaintiff as Class Representative; (6) designating Plaintiff's counsel as Class Counsel; (7) scheduling a final approval hearing; and (8) granting such other relief as set forth in Plaintiff's proposed Preliminary Approval Order, submitted herewith.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and is based on the accompanying Memorandum of Law and authorities cited therein; the Declaration of Kai Richter and exhibits attached thereto, the Declaration of Gordon Stevens; and all files, records and proceedings in this matter.

1

Counsel for Plaintiff has conferred with counsel for Defendants regarding this motion and have been advised that Defendants do not oppose this motion as parties to the Settlement.

Dated: July 26, 2019   Respectfully submitted,

**NICHOLS KASTER, PLLP**

By: s/ Kai Richter
Paul J. Lukas, MN Bar No. 022084X*
Kai H. Richter, MN Bar No. 0296545*
Brock J. Specht, MN Bar No. 0388343*
Carl F. Engstrom, MN Bar No. 0396298*
Chloe O'Neill, MN Bar No. 0398257  *
* admitted *pro hac vice*
4600 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
lukas@nka.com
krichter@nka.com
bspecht@nka.com
cengstrom@nka.com
coneill@nka.com

**WINEBRAKE & SANTILLO, LLC**
Peter Winebrake, Attorney ID No. 80496
R. Andrew Santillo, Attorney ID No. 93041
Mark J. Gottesfeld, Attorney ID No. 307752
Twining Office Center, Suite 211
715 Twining Road
Dresher, PA 19025
Phone:  (215) 884-2491
pwinebrake@winebrakelaw.com
asantillo@winebrakelaw.com
mgottesfeld@winebrakelaw.com

***Attorneys for Plaintiff and the proposed Class***

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2019, a true and accurate copy of the foregoing *Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement* was filed electronically using the Court's CM/ECF system, which will send a notice of electronic filing upon all counsel of record, including:

Jeremy P. Blumenfeld
Brian Ortelere
Christopher Varano
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
jeremy.blumenfeld@moganlewis.com
brian.otelere@morganlewis.com
christopher.varano@morganlewis.com

Hillary E. August
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Tel: (312) 324-1000
Fax: (312) 324-1001
hillary.august@morganlewis.com

*Attorneys for Defendants*

                                                */s/ Kai H. Richter*
                                                Kai H. Richter