## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gordon Stevens, individually and as the representative of a class of similarly situated persons, and on behalf of the SEI Capital Accumulation Plan,<br><br>      Plaintiff,<br>v.<br><br>SEI Investments Company, SEI Investments Management Corporation, SEI Capital Accumulation Plan Design Committee, SEI Capital Accumulation Plan Investment Committee, SEI Capital Accumulation Plan Administration Committee, and John Does 1-30,<br><br>      Defendants. | **Case No. 2:18-cv-04205-NIQA** |

**PLAINTIFF'S MOTION FOR APPROVAL OF ATTORNEYS' FEES, EXPENSES AND CLASS REPRESENTATIVE SERVICE AWARD**

Plaintiff Gordon Stevens respectfully moves this Court for an Order awarding: (1) attorneys' fees in the amount of $2,266,666 (one-third of the Settlement Fund) to Class Counsel; (2) reimbursement of $17,734.97 in expenses that Class Counsel incurred in connection with this action; (3) settlement administration expenses in the amount of $42,436 (including $24,936 to the Settlement Administrator; $2500 to the Escrow Agent, and $15,000 to the Independent Fiduciary retained in connection with Article 3 of the Settlement); and (4) a service award in the amount of $10,000 to Plaintiff as the named Class Representative.

This motion is made pursuant to Federal Rule of Civil Procedure 23(h) and Article 8 of the Parties' Class Action Settlement Agreement (ECF No. 39-3), and is based on the accompanying Memorandum of Law and authorities cited therein; the Declaration of Kai Richter and exhibits attached thereto, the Declaration of Andy Santillo, the previously-filed declaration

of Gordon Stevens (ECF No. 39-7), the Settlement Agreement, and all files, records and proceedings in this matter.

Counsel for Plaintiff has conferred with counsel for Defendants regarding this motion and have been advised that Defendants do not oppose this motion as parties to the Settlement.

Dated: October 21, 2019　　　　　　　　　　Respectfully submitted,

**NICHOLS KASTER, PLLP**

By: s/ Kai Richter
Paul J. Lukas, MN Bar No. 022084X*
Kai H. Richter, MN Bar No. 0296545*
Brock J. Specht, MN Bar No. 0388343*
Carl F. Engstrom, MN Bar No. 0396298*
Chloe O'Neill, MN Bar No. 0398257  *
* admitted *pro hac vice*
4600 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
lukas@nka.com
krichter@nka.com
bspecht@nka.com
cengstrom@nka.com
coneill@nka.com

**WINEBRAKE & SANTILLO, LLC**
Peter Winebrake, Attorney ID No. 80496
R. Andrew Santillo, Attorney ID No. 93041
Mark J. Gottesfeld, Attorney ID No. 307752
Twining Office Center, Suite 211
715 Twining Road
Dresher, PA 19025
Phone:  (215) 884-2491
pwinebrake@winebrakelaw.com
asantillo@winebrakelaw.com
mgottesfeld@winebrakelaw.com

***Attorneys for Plaintiff and the Settlement Class***

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2019, a true and accurate copy of the foregoing *Plaintiff's Motion for Approval of Attorneys' Fees, Expenses and Class Representative Service Award* was filed electronically using the Court's CM/ECF system, which will send a notice of electronic filing upon all counsel of record, including:

Jeremy P. Blumenfeld
Brian Ortelere
Christopher Varano
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
jeremy.blumenfeld@moganlewis.com
brian.otelere@morganlewis.com
christopher.varano@morganlewis.com

Hillary E. August
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Tel: (312) 324-1000
Fax: (312) 324-1001
hillary.august@morganlewis.com

*Attorneys for Defendants*

                                                  */s/ Kai H. Richter*
                                                  Kai H. Richter