UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gordon Stevens, individually and as the representative of a class of similarly situated persons, and on behalf of the SEI Capital Accumulation Plan,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>SEI Investments Company, SEI Investments Management Corporation, SEI Capital Accumulation Plan Design Committee, SEI Capital Accumulation Plan Investment Committee, SEI Capital Accumulation Plan Administration Committee, and John Does 1-30,<br><br>　　　　　　　　Defendants. | Case No. 2:18-cv-04205-NIQA |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL**
**OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that on December 18, 2019 at 3:00 p.m., before the Honorable Nitza I. Quinones-Alejandro, United States District Judge, in Courtroom 8-B, of the James A. Byrne U.S. Courthouse, located at 601 Market Street, Philadelphia, Pennsylvania, 19106, Plaintiff Gordon Stevens will and hereby does move this Court for an Order granting final approval of the Parties' proposed Class Action Settlement Agreement. A proposed Final Approval Order is being submitted in connection with this motion and is also included as an exhibit to the Settlement Agreement.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e), this Court's Preliminary Approval Order dated July 31, 2019 (ECF No. 40), and Article 4 of the Parties' Class Action Settlement Agreement (ECF No. 39-3), and is based on the accompanying Memorandum of Law and authorities cited herein, the declarations of Kai Richter and Caroline P. Barazesh and exhibits attached thereto, the Settlement Agreement, Plaintiff's motion papers in

support of preliminary approval of the Settlement, and all files, records, and proceedings in the matter.

Counsel for Plaintiff has conferred with counsel for Defendants regarding this motion and have been advised that Defendants do not oppose this motion.

Dated: December 4, 2019                                    Respectfully submitted,

**NICHOLS KASTER, PLLP**

By: s/ Kai Richter
Paul J. Lukas, MN Bar No. 022084X*
Kai H. Richter, MN Bar No. 0296545*
Brock J. Specht, MN Bar No. 0388343*
Carl F. Engstrom, MN Bar No. 0396298*
Chloe O'Neill, MN Bar No. 0398257  *
* admitted *pro hac vice*
4600 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
lukas@nka.com
krichter@nka.com
bspecht@nka.com
cengstrom@nka.com
coneill@nka.com

**WINEBRAKE & SANTILLO, LLC**
Peter Winebrake, Attorney ID No. 80496
R. Andrew Santillo, Attorney ID No. 93041
Mark J. Gottesfeld, Attorney ID No. 307752
Twining Office Center, Suite 211
715 Twining Road
Dresher, PA 19025
Phone:  (215) 884-2491
pwinebrake@winebrakelaw.com
asantillo@winebrakelaw.com
mgottesfeld@winebrakelaw.com

*Attorneys for Plaintiff and the Settlement Class*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 4 2019, a true and accurate copy of *Plaintiff's Motion for Final Approval of Class Action Settlement* was served by CM/ECF to the Parties registered to the Court's CM/ECF system.

Dated:  December 4, 2019             /s/Kai Richter
                         Kai Richter