## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gordon Stevens, individually and as the representative of a class of similarly situated persons, and on behalf of the SEI Capital Accumulation Plan,<br><br>Plaintiff,<br><br>v.<br><br>SEI Investments Company, SEI Investments Management Corporation, SEI Capital Accumulation Plan Design Committee, SEI Capital Accumulation Plan Investment Committee, SEI Capital Accumulation Plan Administration Committee, and John Does 1-30,<br><br>Defendants. | Case No. 2:18-cv-04205-NIQA<br><br>**ORDER ON PLAINTIFF'S MOTION FOR APPROVAL OF ATTORNEYSS' FEES, EXPENSES ANC CLASS REPRESENTATIVE SERVICE AWARD** |

**AND NOW**, this 26th day of February 2020, upon consideration of Plaintiff's Motion for Approval of Attorney's Fees, Expenses and Class Representative Service Award, and the parties' arguments at the final approval hearing held on December 18, 2019, and for the reasons set forth in the Memorandum Opinion of this day, it is hereby **ORDERED** as follows:

1. Class Counsel's request for an award of $2,266,666 in attorneys' fees is approved. Having reviewed Class Counsel's application and all applicable legal authorities, the Court finds the requested amount of fees (one-third of the Settlement Fund) to be reasonable and appropriate.

2. Class Counsel's request for litigation expenses in the amount of $17,734.97 is approved. The Court has reviewed these expenses and finds that they are reasonable and appropriate given the nature of this action.

3. Class Counsel's request for settlement administration expenses in the amount of $42,436 is also approved. The Court has reviewed these expenses (including $24,936 to the Settlement Administrator; $2,500 to the Escrow Agent, and $15,000 to the Independent Fiduciary

who was retained to review the class release on behalf of the Plan pursuant to applicable regulations), and finds that they are reasonable and appropriate

4.  Plaintiffs' request for a class representative service award in the amount of $10,000 to Class Representative Gordon Stevens is approved. The Court finds this award to be justified under the facts of this case and consistent with applicable legal authorities.

**IT IS SO ORDERED.**

Dated: FEB 26, 2020                     /s/ *Nitza I. Quiñones Alejandro*
                                        _____
                                        Hon. Nitza I. Quiñones-Alejandro
                                        United States District Judge